IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| JBS HAIR, INC., <br><br> Plaintiff, <br><br> v. <br><br> SUN TAIYANG CO., LTD., <br><br> Defendant. | CIVIL ACTION <br><br> NO. 1:21-cv-01857-MLB <br><br> **JURY TRIAL DEMANDED** |
| JBS HAIR, INC., <br><br> Plaintiff, <br><br> v. <br><br> BEAUTY ELEMENTS, CORP., <br><br> Defendant. | CIVIL ACTION <br><br> NO. 1:21-cv-01859-MLB <br><br> **JURY TRIAL DEMANDED** |

## CERTIFICATE OF SERVICE OF DISCOVERY

Pursuant to Local Rule 5.4(A), Defendants hereby certify that on July 19, 2024, it served the following discovery by electronic mail on counsel of record for Plaintiff:

**Defendants' First Set of Requests for Admissions**

*(Signature on following page)*

This 25th day of July, 2024.

        */s/Coby S. Nixon*
Anthony J. Dain (admitted pro hac vice)
   anthony.dain@procopio.com
Frederick K. Taylor (admitted pro hac vice)
   fred.taylor@procopio.com
Raymond K. Chan (admitted pro hac vice)
   raymond.chan@procopio.com
**Procopio, Cory, Hargreaves & Savitch LLP**
525 B Street, Suite 2200
San Diego, CA 92101
Telephone: 619.238.1900
Facsimile: 619.235.0398

Coby S. Nixon
cnixon@taylorenglish.com
Georgia Bar No. 545005
Seth K. Trimble
strimble@taylorenglish.com
Georgia Bar No. 851055
**Taylor English Duma LLP**
1600 Parkwood Circle, Suite 200
Atlanta, GA 30339
Phone: (770) 434-6868
Fax: (770) 434-7376

*Attorneys for Defendants*
*Sun Taiyang Co., Ltd. and*
*Beauty Elements Corp.*

## CERTIFICATE OF COMPLIANCE

Pursuant to Local Rule 7.1D, counsel certifies that the foregoing was prepared in Times New Roman, 14 point font, in compliance with Local Rule 5.1C.

                                          */s/Coby S. Nixon*
                                          Coby S. Nixon

                                          *Attorney for Defendants*
                                          *Sun Taiyang Co., Ltd. and*
                                          *Beauty Elements Corp.*